# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DORTHEA APRIL STAFIRN,

    Plaintiff,

v.                                                      CASE NO. 4:11cv276-RH/WCS

FEDERAL BUREAU OF
INVESTIGATION et al.,

    Defendants

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Southern District of Florida, West Palm Beach Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on August 17, 2011.

                                                        Robert L. Hinkle
                                                        United States District Judge